UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COUMBIA DIVISION

| | |
|---|---|
| In the Matter of the June 12, 2012 South Carolina Primary Elections _____ Amanda Somers, Candidate for South Carolina State Senate District 5, and all other Properly-Filed Candidates Involved in the June 12, 2012 South Carolina Primary Elections,<br><br>    Candidate Plaintiffs,<br><br>  and<br><br>All Persons Entitled to Vote Under the Uniformed and Overseas Citizens Absentee Voting Act ex rel. Amanda Somers, Candidate for South Carolina State Senate District 5,<br><br>  Military and Overseas Voter Plaintiffs,<br><br>    v.<br><br>All Improperly-Filed Candidates Involved in the June 12, 2012 South Carolina Primary Elections,<br><br>    Candidate Defendants,<br><br>  and<br><br>The South Carolina State Election Commission, the South Carolina State Ethics Commission, all Affected County Election Commissions, all Affected State and County political parties, and all Affected Election Officials Not Otherwise Named,<br><br>    Election Official Defendants. | Civil Action No. 3:12-cv-01191-CMC<br><br><br><br>**CERTIFICATE OF**<br><br>**SERVICE** |

  I do hereby certify that I have served the foregoing Answers of Defendant South Carolina State Ethics Commission to Local Civil Rule 26.01 Interrogatories by electronically filing it with the Clerk of Court using the CM/ECF system which will automatically notify counsel at the following email address:

    Todd Kincannon  *todd@thekincannonfirm.com*.

[ signature on following page ]

M. Elizabeth Crum, Federal ID No. 372
  *lcrum@mcnair.net*
Ariail B. Kirk, Federal ID No. 9250
  *akirk@mcnair.net*
MCNAIR LAW FIRM, P.A.
Post Office Box 11390
Columbia, South Carolina 29211
(803) 799-9800

By:  s/ M. Elizabeth Crum

Attorneys for Defendant South Carolina State Election Commission

May 8, 2012

Columbia, South Carolina