UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| In the Matter of the June 12, 2012 South Carolina Primary Elections | C/A No. 3:12-cv-01191-CMC |
| Amanda Somers, Candidate for South Carolina State Senate District 5, and all other Properly-Filed Candidates Involved in the June 12, 2012 South Carolina Primary Elections, | |
| Candidate Plaintiffs, | |
| & | |
| All Persons Entitled to Vote Under the Uniformed and Overseas Citizens Absentee Voting Act ex rel. Amanda Somers, Candidate for South Carolina State Senate District 5, | **SECOND STATUS REPORT** |
| Military and Overseas Voter Plaintiffs, | |
| v. | |
| All Improperly-Field Candidates Involved in the June 12, 2012 South Carolina Primary Elections, | |
| Candidate Defendants, | |
| & | |
| The South Carolina State Election Commission, the South Carolina State Ethics Commission, all Affected County Election Commissions, all Affected State and County Political Parties, and all Affected Election Officials Not Otherwise Named, | |
| Election Official Defendants. | |

Counsel for Plaintiff Amanda Somers respectfully submits the following notice to the Court and other counsel to facilitate the consideration of this matter. From this point forward Plaintiff Somers will only seek relief in this venue as to the military ballot issue.

Plaintiff will file the required standing memorandum by 4:00 p.m. today as to the remaining UOCAVA matters. Plaintiff genuinely appreciates the Court's consideration of this matter and hopes this narrowing of the issues will be helpful to all involved.

Respectfully submitted,

s/J. Todd Kincannon
J. TODD KINCANNON, FED.D.CT.ID. #10057
THE KINCANNON FIRM
P.O. Box 7901
Columbia, South Carolina 29202
Phone: 877.992.6878
Fax:    888.704.2010
Email: Todd@TheKincannonFirm.com

May 11, 2012                                Attorney for Plaintiff Amanda Somers