UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| In the Matter of the June 12, 2012 South Carolina Primary Elections<br><br>───────────────<br><br>Amanda Somers, Candidate for South Carolina State Senate District 5, and all other Properly-Filed Candidates Involved in the June 12, 2012 South Carolina Primary Elections,<br><br>Candidate Plaintiffs,<br><br>and<br><br>All Persons Entitled to Vote Under the Uniformed and Overseas Citizens Absentee Voting Act ex rel. Amanda Somers, Candidate for South Carolina State Senate District 5,<br><br>Military and Overseas Voter Plaintiffs,<br><br>v.<br><br>All Improperly-Filed Candidates Involved in the June 12, 2012 South Carolina Primary Elections,<br><br>Candidate Defendants,<br><br>and<br><br>The South Carolina State Election Commission, the South Carolina State Ethics Commission, all Affected County Election Commissions, all Affected State and County Political Parties, and all Affected Election Officials Not Otherwise Named,<br><br>Election Official Defendants. | Civil Action No. 3:12-cv-01191-CMC<br><br><br><br><br><br><br><br>**AFFIDAVIT OF MARCI ANDINO** |

PERSONALLY APPEARED BEFORE ME, Marci Andino, who, first being duly sworn, deposes and says that:

1

1.      She is the duly appointed Executive Director of the South Carolina State Election Commission (State Commission) and is a resident of Richland County, South Carolina.

2.      Pursuant to S.C. Code Ann. § 7-3-20(C)(12) (Supp. 2011), as Executive Director, she serves as the State's chief election official responsible for implementing and enforcing South Carolina's responsibilities under the Uniform and Overseas Citizens Absentee Voting Act (UOCAVA), as set forth in United States Code, Title 42, Section 1973ff, et seq.

3.      Pursuant to S.C. Code Ann. § 7-15-405(A) (Supp. 2011), absentee ballots with an absentee instant runoff ballot for each potential second primary must be sent to all UOCAVA qualified electors at least forty-five (45) days prior to the primary election.

4.      The primary elections will be held June 12, 2012. Therefore, the UOCAVA ballots have to be sent out not later than April 28, 2012.

5.      On April 20, 2012, as the State's chief election official responsible for implementing and enforcing South Carolina's responsibilities under UOCAVA, sent an via e-mail directing the election officials for all 46 counties not to transmit ballots to overseas voters containing candidates for state and local nomination until further order of the Court. She directed the county election officials to send that attached ballot form. The ballot form attached hereto is for Congressional District 3. See Attachment A. The UOCAVA ballots for each of the South Carolina Congressional Districts with contested primaries contain the same wording excepting only the names of the respective political party candidates for Congress. These ballot forms were provided to the county election commissions on April 24, 2012.

6.      On April 25, 2012, she was contacted by Jenigh Garrett, Esquire, Trial Attorney, United States Department of Justice, Civil Rights Division, Voting Section, concerning the status of the UOCAVA ballots and provided her with copies of the following documents:

a.  Letter to Brenda Shealy, Deputy Clerk, The Supreme Court of South Carolina, dated April 23, 2012, attached hereto as Attachment B;

b.  Order No. 27120, The South Carolina Supreme Court, dated April 20, 2012, attached hereto as Attachment C;

c.  Copy of email to counties, dated April 20, 2012, advising them about absentee ballots, attached hereto as Attachment D; and

d.  Copy of ElectionNet post (private Intranet site for South Carolina election officials), attached hereto as Attachment E.

7.    On April 30, 2012, Jenigh Garrett called her again seeking an update on the status of UOCAVA ballots, and she reported to Ms. Garrett that twenty-five (25) of forty-six (46) counties were required to mail federal ballots to UOCAVA voters.  Of the twenty-five (25) counties required to mail federal ballots to UOCAVA voters, each of the twenty-five (25) county election commissions reported that it mailed the ballots prior to the deadline, if it had requests from voters.  Ms. Garrett stated that she would contact her if the Department of Justice needed any additional information.

8.    A true and accurate copy of an e-mail received from Jenigh Garrett, dated May 4, 2012, confirming her official title is attached hereto as Attachment F.

9.    On Tuesday, May 8, 2012, Jenigh Garrett called her to ask whether, since the South Carolina Supreme Court had issued the decision in Anderson v. South Carolina State Election Commission, No. 27120 (S.C. Sup. Ct. filed May 2, 2012), and lifted the injunction on sending state ballots, any counties had sent out state primary absentee ballots.  She explained the Election Commission had been working over the weekend to prepare the databases, and some counties had sent out ballots and some counties' databases were still being prepared.  Ms. Garrett

3

said she would check later in the week, but Ms. Andino has not heard back from Ms. Garrett as of this date.

10.     On Thursday, May 10, 2012, she sent an email to all forty-six (46) county election commissions, a true and accurate copy of which is attached hereto as Attachment G, requesting that each provide the following information to her by 2:00 p.m. on Friday, March 11, 2012:

    a.  Number of absentee ballots for the Congressional Districts that were sent to UOCAVA voters prior to April 28, 2012, and the method used to send the ballots (email/facsimile/U.S. Postal Service);

    b.  Number of UOCAVA ballots requested/sent after April 29, 2012, and the method used to send the ballots;

    c.  Number of UOCAVA voters who had been sent the complete ballot—Congressional, state, and local offices—and the method used to send the ballots; and

    d.  Number of UOCAVA ballots returned by UOCAVA voters.

11.     The following Congressional Districts have contested primaries, as shown in a true and accurate copy of a list of candidates, attached hereto as Attachment H:

    a.  District 2's Republican primary is contested,

    b.  District 3's Democratic primary is contested,

    c.  District 4's Democratic primary is contested, and

    d.  District 7's Democratic and Republican primaries are contested.

12.     A compilation of the status of UOCAVA primary election ballots sent by county prepared by Ms. Andino is attached hereto as Attachment I;

4

13.    Upon conversation with Marilyn Bowers, the former executive director of the Charleston County election commission and a current State Election Commissioner, her recollection was refreshed that since 2006, county election commissions have included state and county ballots for primary and general elections in the same transmission as the UOCAVA federal ballots to any qualified overseas voter timely requesting an absentee ballot.

14.    Prior to the filing of this lawsuit, she was not contacted by counsel for Plaintiff Amanda Somers or Ms. Somers and does not have knowledge of any reasonable inquiry being made into the facts alleged in Paragraph 10 of the Complaint.

Further Affiant saith not.

_____
Marci Andino

SWORN TO and subscribed before me
this 13th day of May, 2012.

_____ (L.S.)
Notary Public for the State of South Carolina.
My Commission expires: June 21, 2015

5

**OFFICIAL BALLOT – ABBEVILLE COUNTY**
**DEMOCRATIC PRIMARY**
**JUNE 12, 2012**
**ABSENTEE**

No._____

_____
Initials of Issuing Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**OFFICIAL BALLOT – ABBEVILLE COUNTY**
**DEMOCRATIC PRIMARY**
**JUNE 12, 2012**
**ABSENTEE**

**IMPORTANT MESSAGE CONCERNING YOUR BALLOT:**

As a result of a recent order of the S.C. Supreme Court (Anderson, et al. v. S.C. State Election Commission, et al.), this ballot contains only the federal office of U.S. House of Representatives. This ballot is being sent to meet the requirement under federal law to send ballots for federal offices to military and overseas citizens no later than 45 days prior to an election.

You may also be eligible to vote for other state and local offices such as State Senate, State House of Representatives, sheriff, county council, etc. However, the Court's order prohibits ballots containing state and local offices from being sent to voters. The Court is scheduled to hear this case on May 1, 2012. Once the Court rules, you will be sent a complete ballot containing all offices for which you are qualified to vote. The complete ballot will be sent to you in the same manner as this ballot (mail, email or fax).

Options for returning this ballot and the second complete ballot:

1. Wait to receive your complete ballot and return only the complete ballot. This option may be preferable for voters returning ballots electronically (fax and email) since ballot transit time is less of an issue.

2. Return this ballot now and return your complete ballot once you receive it. This ballot will be your official ballot and would count if the complete ballot was not returned. If the complete ballot is returned, the complete ballot will replace this ballot.

Instructions: Shade in the circle beside the name of the candidate for whom you wish to vote.

**U.S. House of Representatives District 3**

| Candidate | |
|---|---|
| Brian Ryan B Doyle | ○ |
| Cason Gaither | ○ |

**Attachment A**

# MCNAIR
### ATTORNEYS

M. Elizabeth Crum

lcrum@mcnair.net
T (803) 753-3240
F (803) 933-1484

April 23, 2012

<u>Via E-mail</u>

Brenda Shealy
Deputy Chief Clerk
Supreme Court
Supreme Clerk
1231 Gervais Street, PO Box 11330
Columbia, SC 29211

Re:    <u>Anderson v. SC Election Comm., et al</u>.

Dear Ms Shealy:

With regard to the Supreme Court's Order of mid-day Friday, April 20, 2012 granting plaintiffs' Petition for Original Jurisdiction, Motion to Expedite and enjoining the South Carolina Election Commission (Commission) "from sending out the ballots affected by this matter until further order of this Court", the Commission is obligated to inform the Court and the parties of certain matters regarding the "ballots".

South Carolina uses electronic voting machines for ballot casting. The Commission develops the election database containing the ballot data for the voting machines for 34[1] of the State's 46 counties. Prior to receipt of Friday's order enjoining the Commission transmitting the primary "ballots affected by this matter until further order of this Court", the Commission had finished work on 31 of the 33 counties. As of Friday morning, April 20, 2012, prior to notification and receipt of the Order, the other two counties were completed. Further, as the Commission completed each county database, it was transmitted to the county commission. Therefore, prior to the Court's order at mid-day Friday, the Commission had already transmitted the ballot databases all 33 counties it is responsible for.

In order to comply with the Court's Order, Ms. Andino, as the State's chief election official responsible for implementing and enforcing South Carolina's

McNair Law Firm, P. A.
1221 Main Street
Suite 1600
Columbia, SC 29201

Mailing Address
Post Office Box 11390
Columbia, SC 29211

mcnair.net

---

[1] Allendale County did not have any primary races this year.

Brenda Shealy
April 23, 2012
Page 2



responsibilities under the Uniform and Overseas Citizens Absentee Voting Act (UOCAVA), on Friday afternoon, April 20, 2012, via e-mail Ms. Andino directed election officials for all 46 counties not to transmit UOCAVA ballots for state and local nomination candidates until further order of this Court.

As set forth in paragraph 8 of Ms. Andino's Affidavit, there are twelve counties that develop their own election databases, including for primary elections. Those counties are: Anderson, Beaufort, Charleston, Dorchester, Florence, Greenville, Greenwood, Laurens, Oconee, Pickens, Richland, and York.

Additionally, S.C. Code Ann. § 7-15-200 provides that as soon as the ballots to be used in an election are available to a county commission, the ballots may be sent to a person requesting absentee ballots. The Commission does not know whether any county commissions have already transmitted absentee ballots but are polling the counties to determine whether any ballots were sent out prior to Ms. Andino's notice on Friday afternoon.

Further, for purposes of Chapter 13, Ethics, Government Accountability, and Campaign Reform, of Title 8 of the S.C. Code Ann., the term "candidate" does not include federal candidates.[2] There are primaries for several of the several congressional districts that have been certified by the parties as candidates for the United States House of Representatives. As the Commission understands it, since the congressional candidates are not subject to the State requirements for filing of Statements of Economic Interest, they are not considered "candidates" for purposes of S.C. Code Ann. § 8-13-1356.

The federal office candidates are those that are most important to the United States Department of Justice under Uniform and Overseas Citizens Absentee Voting Act (UOCAVA), as set forth in the United States Code, Title 42, Section 1973ff, et seq. In that the congressional nomination candidates are not subject to the provision of S.C. Code Ann. § 8-13-1356, the Commission has authorized the county election commissions to transmit only the UOCAVA ballots that contain names of the congressional nomination candidates in congressional districts where there are primaries as these candidates do not appear to be "affected by this matter".

Thank you for your consideration of this information. Please do not hesitate to contact me if there are any questions regarding this matter. My direct line is 803-753-3240.

---

[2] Section 8-13-100(5) provides, in pertinent part: "Candidate does not include a person within the meaning of Section 431(b) of the Federal Election Campaign Act of 1976."

Brenda Shealy
April 23, 2012
Page 3



Very truly yours,

M. Elizabeth Crum

MEC:dh

cc:    Marci Andio, Executive Director
       Tracey C. Green, Esquire
       Richard A Harpootlian, Esquire
       Karl A. "Butch" Bowers, Esquire
       Jeff M. Anderson, Esquire

# The Supreme Court of South Carolina

Michael Anderson and Robert
Barger,                                          Plaintiffs-Petitioners,

v.

South Carolina Election
Commission; Marci Andino, as
Executive Director and as a
representative of the South
Carolina State Election
Commission; South Carolina
Democratic Party; Richard A.
Harpootlian, as Chair of the
Executive Committee of and as
a representative of the South
Carolina Democratic Party;
South Carolina Republican
Party; Chad Connelly, as Chair
of the Executive Committee of
and as a representative of the
South Carolina Republican
Party; Lexington County
Commission of Registration
and elections; Dean Crepes, as
Director of and as a
representative of the Lexington
County Commission of
Registration and Elections;
Lexington County Democratic
Party; Kathy Hensley, as Chair
of and as representative of the
Lexington County Democratic
Party; Lexington County
Republican Party; Steven Isom,
as Chair of and representative

**Attachment C**

of the Executive Committee of
the Lexington County
Republican Party,                          Defendants-Respondents.

---

ORDER

---

Plaintiffs-Petitioners have filed a petition asking the Court to hear this matter in our original jurisdiction and a motion to expedite the matter. Defendants-Respondents South Carolina Election Commission (the Commission) and Marci Andino, as Executive Director of the Commission, have filed returns agreeing that this matter should be heard in an expedited manner in the Court's original jurisdiction. In addition, the Commission and Andino have filed a cross-claim against the remaining defendants-respondents.

Because this is a matter involving the public interest in which time is of the essence, we grant the petition for original jurisdiction and the request to expedite this matter. Defendants-Respondents shall serve and file answers to the complaint and the cross-complaint by April 24, 2012. No reply shall be allowed.

By April 25, 2012, the parties shall agree on the matters to be included in the record. If the parties cannot agree, all matters designated by the parties shall be included in the record without prejudice to the right of plaintiffs-petitioners to move for costs pursuant to Rule 222(c), SCACR, for printing irrelevant matter. The plaintiffs-petitioners shall serve and file the record by April 26, 2012.

While time does not permit the filing of any formal briefs in this matter, a party may serve and file a memorandum of law by April 27, 2012. No response shall be permitted to any memorandum of law that is filed. This matter is hereby set for oral argument at 10:30 a.m. on Tuesday, May 1, 2012, in the Courtroom of the Supreme Court in Columbia, South Carolina.

Due to the short time periods provided by this order, service shall be accomplished no later than 3:00 p.m. on the dates specified above, and all documents shall be served by hand-delivery, fax or e-mail. The documents filed with this Court shall be hand-delivered to this Court no later than 3:00 p.m. on the dates specified above. The parties shall serve one copy on each party (or their counsel if represented by counsel) to this matter and shall file fifteen (15) copies with this Court.

Finally, the South Carolina Election Commission is enjoined from sending out the ballots affected by this matter until further order of this Court.

IT IS SO ORDERED.

_____ C. J.
FOR THE COURT

Columbia, South Carolina
April 20, 2012

From: Andino, Marci [mailto:marci@elections.sc.gov]
Sent: Friday, April 20, 2012 5:47 PM
To:    Barbara    Shackleford    (bbscherokee@hotmail.com);    Bobbie    Reaves
(bobbiereaves@clarendoncountygov.org);    Brenda    Rogers    (brogers@newberrycounty.net);
Connie    Moody    (conniem@greenwoodsc.gov);    Conway    Belangia
(CBelangia@greenvillecounty.org);    Cynthia    Holland    (cholland@aikencountysc.gov);    Darlene
Pettit    (dpettit@countyofunion.com);    David    Alford    (DAlford@Florenceco.org);    Crepes, Dean;
Debby    Stidham    (voterreg@fairfieldsc.com);    Debra    Bryant;    Donna    Mahn
(dmahn@GeorgetownCountySC.Org);    Dorothy J Willis (vr03dwillis@hotmail.com);    Earl Moore
(emoore@chestervotes.com);    Redden, Edith;    Eric    Campbell    (ecampbell@colletoncounty.org);
Jaynes,    Frances;    Henry    M.    Laye    III    (HLaye@Spartanburgcounty.org);    Howard    Jackson
(hjackson@orangeburgcounty.org);    Hoyt    Campbell;    Joe    Debney
(jdebney@charlestoncounty.org);    Josh    Dickard    (jdickard@dorchestercounty.net);    Joy    Brooks
(jbrooks@oconeesc.com);    Katy    Smith;    Kim    London    (klondon@abbevillecountysc.com);    Kristie
Richardson    (pcooperwcountyelections@yahoo.com);    Lillian    McBride    (MCBRIDEL@rcgov.us);
Lois    Burr    (vrcfield@hotmail.com);    Lori    Davis    (vr35ldavis@hotmail.com);    Lynn    Fata;    M.    Lynne
West    (lwest@co.laurens.sc.us);    Mary    Ann    Hudson    (MAHudson@lancastercountysc.net);    Naomi
DeFrenn    (ndefrenn@barnwellsc.com);    Pat    Jefferson    (pjefferson@sumtercountysc.org);    Patrick    J.
Lee    (PLee@charlestoncounty.org);    Patti    Jeffcoat    (ppj57@bellsouth.net);    Rodney    W.    Allen;
Rosalind    Watson    (rosalind.watson@kershaw.sc.gov);    Sandy    Martin
(MartinS@HorryCounty.org);    Scott    Marshall    (smarshall@bcgov.net);    Shanna    Proctor;    Jenkins,
Shayla;    Shirley    Black-Oliver;    Suffie    Jennings    (sjennings@mccormickcountysc.org);    Susie
Edwards    (sedwardsvr17@aol.com);    Suzanne    Turner    (elections@bellsouth.net);    Teresa    Moody
(tmoody@marionsc.org);    Tricia    Butler    (tbutler@edgefieldcounty.sc.gov);    Wanda    Farley
(wfarley@berkeleycountysc.gov)
Cc: Crum, Liz; Whitmire, Chris
Subject: UOCAVA Ballots for the June Primaries - IMPORTANT
Importance: High

IMPORTANT    MESSAGE    CONCERNING    ABSENTEE    BALLOTS    FOR    THE    JUNE
PRIMARIES!

In SC Code of Laws Section 7-3-20(12), the executive director of the State Election Commission
is charged with serving as the chief state election official responsible for implementing and
enforcing the state's responsibilities under the Uniformed and Overseas Citizens Absentee
Voting Act (UOCAVA).  In order to meet the requirements of UOCAVA and the Order of the
SC Supreme Court, counties should ONLY mail or transmit absentee ballots containing the
appropriate US Congressional District. This applies to ALL counties.
We will provide a written explanation as to why the ballot only contains the US Congressional
office.  This explanation will be posted on ElectionNet on Monday and should be included with
the ballot.
Thank you for your cooperation.

Marci Andino
South Carolina State Election Commission
Post Office Box 5987

**Attachment D**

Columbia, S.C. 29250
Tel: 803 734-9001
Fax: 803 734-9366
scVOTES.org

This message originates from the South Carolina State Election Commission. If you have received this message in error, we would appreciate it if you would immediately notify the South Carolina State Election Commission by sending a reply e-mail to the sender of this message. Thank you.



**Calendar | Contact Directory | Discussion Forums | Resources | Help Desk | VREMS FAQ**

**marci**

- Main Site Index
- My account
- Create content
- Frequently Asked Questions
- Recent posts
- Administer
- Log out

There are currently *7 users* and *2 guests* online.

**Online users**

- marci
- jreynolds
- acriswell
- ydortch
- hsherman
- cwhitmire
- jhawthorne

🌐 **Bookmark this site**
📄 **Bookmark this page**
🏠 **Make Us your homepage**

Home

## Supreme Court Order & UOCAVA Ballots

| View | Edit | Outline | Track | Access control |

Submitted by cwhitmire on Mon, 04/23/2012 - 16:54

Until the S.C. Supreme Court rules, no June Primary ballots containing state and local offices should be delivered to any voter (see previous post).

To comply with the Court's order and the federal requirement to mail UOCAVA ballots no later than 45 days prior to the Primary (April 28), county voter registration offices should send only ballots containing U.S. House of Representatives to UOCAVA voters. All other absentee voting (non UOCAVA) should be placed on hold. Voters may request applications and return applications, but no ballots should be issued. If a voter were to insist on voting absentee today, the voter should be provided with only a ballot containing U.S. House of Representatives. The only exception to this is if a voter's ballot style contains only U.S. House. These voters would not be affected and could go ahead and vote absentee.

Counties that do not have ballots containing U.S. House of Representatives should not send any ballots until further notice from the court.

Counties not sending ballots at this time: Bamberg, Beaufort, Berkeley, Calhoun, Charleston, Cherokee, Chester, Clarendon, Colleton, Dorchester, Fairfield, Hampton, Jasper, Kershaw, Lancaster, Lee, Sumter, Union, Williamsburg, and York.

Counties that must send ballots by April 28: Abbeville, Aiken, Anderson, Barnwell, Chesterfield, Darlington, Dillon, Edgefield, Florence, Georgetown, Greenville, Greenwood, Horry, Laurens, Lexington, McCormick, Marion, Marlboro, Newberry, Oconee, Orangeburg, Pickens, Richland, Saluda, and Spartanburg.

**Which Ballot to Send Now**

- If a UOCAVA voter's ballot style contains U.S. House and other state or local offices, a Special "U.S. House Only" UOCAVA ballot should be sent. All necessary Special U.S. House Only UOCAVA ballots are being placed in each county's FTP folder. These special absentee ballots contain only U.S. House and include the following special instructions:

**IMPORTANT MESSAGE CONCERNING YOUR BALLOT:**

As a result of a recent order of the S.C. Supreme Court (Anderson, et al. v. S.C. State Election Commission, et al.), this ballot contains only the federal office of U.S. House of Representatives. This ballot is being sent to meet the requirement under federal law to send

**Search**

Search this site:

[ Search ]

**Status Of Systems**

| | |
|---|---|
| VR System Mainframe | Good |
| VREMS | Good |
| Election Night Reporting | Good |
| SCVOTES.org | Good |

ballots for federal offices to military and overseas citizens no later than 45 days prior to an election.

You may also be eligible to vote for other state and local offices such as State Senate, State House of Representatives, sheriff, county council, etc. However, the Court's order prohibits ballots containing state and local offices from being sent to voters. The Court is scheduled to hear this case on May 1, 2012. Once the Court rules, you will be sent a complete ballot containing all offices for which you are qualified to vote. The complete ballot will be sent to you in the same manner as this ballot (mail, email or fax).

Options for returning this ballot and the second complete ballot:

1. Wait to receive your complete ballot and return only the complete ballot. This option may be preferable for voters returning ballots electronically (fax and email) since ballot transit time is less of an issue.
2. Return this ballot now and return your complete ballot once you receive it. This ballot will be your official ballot and would count if the complete ballot was not returned. If the complete ballot is returned, the complete ballot will replace this ballot.

- All necessary Special U.S. House Only UOCAVA ballots are being placed in each county's FTP folder.
- If a UOCAVA voter's ballot style does not contain U.S. House of Representatives, no ballot should be sent.
- If a UOCAVA voter's ballot style contains U.S. House and no other offices, a regular absentee ballot should be sent. There is no need to include any special instructions as the voter is receiving his complete ballot.
- In some counties, only Republican ballots will be sent but not Democratic ballots, and vice versa. For example, Abbeville County's Republican ballot does not contain U.S. House, but the Democratic ballot does contain U.S. House. Abbeville will send no ballots to Republican UOCAVA voters at this time and will only send ballots to Democratic UOCAVA voters. Abbeville will only get a Special US House Only Democratic ballot.
- In some counties, all ballots with U.S. House contain no other offices. For example, McCormick Republican ballots contain no U.S. House, and the Democratic ballots contain ONLY U.S. House. McCormick need not send any Republican absentee ballots, and can send all Democratic UOCAVA voters their regular ballot. McCormick will not receive a Special U.S. House only UOCAVA ballot.

**Processing Special U.S. House Only UOCAVA Ballots**

- If the voter is sent a regular ballot, process as normal.
- Keep a list of all voters sent a Special U.S. House Only UOCAVA ballot.
- For absentee by mail, write "Special U.S. House Only" on the return envelope.
- For absentee ballots returned electronically, be sure to write "Special U.S. House Only" on the envelope before placing it in the ballot box.

- Use a special UOCAVA-only ballot box to keep all UOCAVA ballots separate

**Sending Complete Ballots after Court Ruling**

- The Court is set to hear the case on May 1. Once the court rules, complete ballots should be sent to any voter receiving the Special U.S. House Only UOCAVA ballot.
- For absentee by mail, write "Complete Ballot" on the return envelope.
- For absentee ballots returned electronically, be sure to write "Complete Ballot" on the envelope before placing it in the ballot box.
- At 9:00 a.m. on the day of the Primary, open the UOCAVA ballot box. Match up envelopes from the same voter. Open only the "Complete Ballots" and process normally, including duplicating electronically transmitted ballots for scanning. If voter only has a "U.S. House Only" ballot, it will serve as the voter's official ballot. You will need to duplicate all special ballots for them to be scanned.

**Instant Runoff Voting**

- Counties in U.S. House District 7 (Chesterfield, Darlington, Dillon, Florence, Georgetown, Horry, Marion, and Marlboro) must include an Instant Runoff Voting (IRV) Ballot. The IRV ballots will only include U.S. House District 7. No other U.S. House District has more than two candidates. These IRV ballots will be placed in each county's FTP folder.
- IRV ballots for all counties and offices are being prepared now and will be available prior to the Court's ruling.

» **Add new comment** | 239 reads

---

**what about county offices on**
Submitted by fjaynes on Tue, 04/24/2012 - 11:52.

found the answer to my own question just need to read the memo a little closer

»
delete | edit | reply

---

EVERY VOTE MATTERS.
EVERY VOTE COUNTS.

SC Supreme Court Order - UPDATED | ElectionNet                                    Page 1 of 3



**SOUTH CAROLINA**
**ELECTION COMMISSION**

Calendar | Contact
Directory | Discussion
Forums | Resources | Help
Desk | VREMS FAQ

**marci**

Main Site
Index
My account
Create
content
Frequently
Asked
Questions
Recent
posts
Administer
Log out

---

There are
currently *7 users*
and *2 guests*
online.

**Online users**

- marci
- jreynolds
- acriswell
- ydortch
- hsherman
- cwhitmire
- jhawthorne

---

🌐 **Bookmark
this site**
📄 **Bookmark
this page**
🏠 **Make Us
your homepage**

Home

## SC Supreme Court Order - UPDATED

| View | Edit | Outline | Track | Access control |

Submitted by marci on Fri, 04/20/2012 - 13:39

Please see the attached Order by the SC Supreme Court. The Order
enjoins the State Election Commission from sending any ballots
affected by this matter.

In SC Code of Laws Section 7-3-20(12), the executive director of the
State Election Commission is charged with serving as the chief state
election official responsible for implementing and enforcing the state's
responsibilities under the Uniformed and Overseas Citizens Absentee
Voting Act (UOCAVA). In order to meet the requirements of UOCAVA
and the Order of the SC Supreme Court, counties should ONLY mail
or transmit absentee ballots containing the appropriate US
Congressional District. This applies to ALL counties.

We will provide a written explanation as to why the ballot only
contains the US Congressional office. This explanation will be posted
on ElectionNet on Monday and should be included with the ballot.

| Attachment | Size |
|---|---|
| SC Supreme Court Order 4-20-2012.pdf | 248.13 KB |

» Add new comment | 763 reads

---

**oconee**
Submitted by jbrooks on Mon, 04/23/2012 - 09:04.

our Congressional seat (rep) is unopposed for the primary. So that
means all of these UOCAVA (rep) voters will receive nothing?
Going to be strange. Is this ruling final, or could there be a last
minute change before April 28 deadline?

Joy

»
delete | edit | reply

---

**Pickens**
Submitted by rallen on Mon, 04/23/2012 - 16:51.

Thats the same for Pickens.

»
delete | edit | reply

---

**same for york**
Submitted by Alan Helms on Mon, 04/23/2012 - 12:32.

**Search**

Search this site:

[ Search ]

**Status Of
Systems**

| | |
|---|---|
| VR System Mainframe | Good |
| VREMS | Good |
| Election Night Reporting | Good |
| SCVOTES.org | Good |

That is the same for York.

»

delete | edit | reply

## That is correct.  Oconee
Submitted by marci on Mon, 04/23/2012 - 12:18.

That is correct.  Oconee County UOCAVA voters will not receive any ballots until further notice.  The ruling stands until the Court hears arguments on May 1st.

»

delete | edit | reply

## Laurens County
Submitted by lynnewest on Tue, 04/24/2012 - 10:22.

We have Dem Congressional seats in June.

»

delete | edit | reply

## Ditto in Dorchester.
Submitted by jdickard on Mon, 04/23/2012 - 09:13.

Ditto in Dorchester.

»

delete | edit | reply

## Question
Submitted by smarshall on Fri, 04/20/2012 - 17:09.

If we are not one of the named counties in the suit, I presume we can proceed as usual?


- Scott in Beaufort

»

delete | edit | reply

## It applies to all counties.
Submitted by marci on Fri, 04/20/2012 - 17:38.

It applies to all counties.  Please see the updated story above.

»

delete | edit | reply

## Thanks!
Submitted by jdickard on Fri, 04/20/2012 - 14:43.

Thank you!

»

delete | edit | reply

## You're welcome.
Submitted by marci on Fri, 04/20/2012 - 15:50.

You're welcome.

»
delete | edit | reply

EVERY VOTE MATTERS.
EVERY VOTE COUNTS.

**OFFICIAL BALLOT – HORRY COUNTY**
**DEMOCRATIC PRIMARY**
**JUNE 12, 2012**
**ABSENTEE**

No._____

_____
Initials of Issuing Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**OFFICIAL BALLOT – HORRY COUNTY**
**DEMOCRATIC PRIMARY**
**JUNE 12, 2012**
**ABSENTEE**

**IMPORTANT MESSAGE CONCERNING YOUR BALLOT:**

As a result of a recent order of the S.C. Supreme Court (Anderson, et al. v. S.C. State Election Commission, et al.), this ballot contains only the federal office of U.S. House of Representatives. This ballot is being sent to meet the requirement under federal law to send ballots for federal offices to military and overseas citizens no later than 45 days prior to an election.

You may also be eligible to vote for other state and local offices such as State Senate, State House of Representatives, sheriff, county council, etc. However, the Court's order prohibits ballots containing state and local offices from being sent to voters. The Court is scheduled to hear this case on May 1, 2012. Once the Court rules, you will be sent a complete ballot containing all offices for which you are qualified to vote. The complete ballot will be sent to you in the same manner as this ballot (mail, email or fax).

Options for returning this ballot and the second complete ballot:

1. Wait to receive your complete ballot and return only the complete ballot. This option may be preferable for voters returning ballots electronically (fax and email) since ballot transit time is less of an issue.

2. Return this ballot now and return your complete ballot once you receive it. This ballot will be your official ballot and would count if the complete ballot was not returned. If the complete ballot is returned, the complete ballot will replace this ballot.

Instructions: Shade in the circle beside the name of the candidate for whom you wish to vote.

**U.S. House of Representatives District 7**

| Candidate | |
|---|---|
| Preston Brittain | ○ |
| Parnell Diggs | ○ |
| Harry Pavilack | ○ |
| Gloria Bromell Tinubu | ○ |
| Ted Vick | ○ |

## OFFICIAL BALLOT – HORRY COUNTY
### REPUBLICAN PRIMARY
### JUNE 12, 2012
### ABSENTEE

No._____

_____
Initials of Issuing Officer

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## OFFICIAL BALLOT – HORRY COUNTY
### REPUBLICAN PRIMARY
### JUNE 12, 2012
### ABSENTEE

**IMPORTANT MESSAGE CONCERNING YOUR BALLOT:**

As a result of a recent order of the S.C. Supreme Court (Anderson, et al. v. S.C. State Election Commission, et al.), this ballot contains only the federal office of U.S. House of Representatives. This ballot is being sent to meet the requirement under federal law to send ballots for federal offices to military and overseas citizens no later than 45 days prior to an election.

You may also be eligible to vote for other state and local offices such as State Senate, State House of Representatives, sheriff, county council, etc.   However, the Court's order prohibits ballots containing state and local offices from being sent to voters.  The Court is scheduled to hear this case on May 1, 2012.  Once the Court rules, you will be sent a complete ballot containing all offices for which you are qualified to vote.  The complete ballot will be sent to you in the same manner as this ballot (mail, email or fax).

Options for returning this ballot and the second complete ballot:

1. Wait to receive your complete ballot and return only the complete ballot.  This option may be preferable for voters returning ballots electronically (fax and email) since ballot transit time is less of an issue.

2. Return this ballot now and return your complete ballot once you receive it.  This ballot will be your official ballot and would count if the complete ballot was not returned.  If the complete ballot is returned, the complete ballot will replace this ballot.

Instructions:  Shade in the circle beside the name of the candidate for whom you wish to vote.

**U.S. House of Representatives District 7**

| Candidate | |
|---|---|
| Andre Bauer | ○ |
| Renee Culler | ○ |
| Katherine Jenerette | ○ |
| Jay Jordan | ○ |
| Jim Mader | ○ |
| Chad Prosser | ○ |
| Tom Rice | ○ |
| Randal Wallace | ○ |
| Dick Withington | ○ |

INSTANT RUNOFF BALLOT
OFFICIAL BALLOT – HORRY COUNTY
REPUBLICAN PRIMARY
JUNE 26, 2012

**ABSENTEE PRECINCT**

No. _____

_____
Initials of Issuing Officer

INSTANT RUNOFF BALLOT
OFFICIAL BALLOT – HORRY COUNTY
REPUBLICAN PRIMARY
JUNE 26, 2012
**ABSENTEE PRECINCT**

**INSTRUCTIONS TO THE VOTER:** The Instant Runoff Ballot will be used only in the event that no candidate seeking their party's nomination to run for a particular office receives a majority of the votes in the Primary thus forcing a runoff. Instant Runoff Ballots will not be opened if there is no need for a runoff.

For each office on the Instant Runoff Ballot, indicate your order of preference for each candidate whose name is printed on the ballot by filling in the circle in the corresponding column to the right of each candidate. You are not required to indicate a second choice, third choice, and so on. Remember, the more candidates you rank, the more likely your vote will affect the outcome of a potential runoff.

## Example

**U.S. Senate**
Rank the candidates in order of preference

| Candidate | 1st Choice | 2nd Choice | 3rd Choice |
|---|---|---|---|
| John Adams | ① | ② | ● |
| Thomas Jefferson | ● | ② | ③ |
| George Washington | ① | ● | ③ |

In the Primary election, no candidate received a majority of the votes and the two candidates that received the most votes were John Adams and George Washington, thus eliminating Thomas Jefferson. Therefore, in this example, even though this voter liked Jefferson the best, Washington would receive the vote because the voter ranked Washington the highest of the runoff candidates.

## Official Ballot

| | 1st Choice | 2nd Choice | 3rd Choice | 4th Choice | 5th Choice | 6th Choice | 7th Choice | 8th Choice | 9th Choice |
|---|---|---|---|---|---|---|---|---|---|
| Andre Bauer | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Renee Culler | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Katherine Jenerette | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Jay Jordan | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Jim Mader | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Chad Prosser | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Tom Rice | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Randal Wallace | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |
| Dick Withington | ① | ② | ③ | ④ | ⑤ | ⑥ | ⑦ | ⑧ | ⑨ |

INSTANT RUNOFF BALLOT
OFFICIAL BALLOT – HORRY COUNTY
DEMOCRATIC PRIMARY
JUNE 26, 2012

**ABSENTEE PRECINCT**

No. _____

_____
Initials of Issuing Officer

INSTANT RUNOFF BALLOT
OFFICIAL BALLOT - HORRY COUNTY
DEMOCRATIC PRIMARY
JUNE 26, 2012

**ABSENTEE PRECINCT**

INSTRUCTIONS TO THE VOTER: The Instant Runoff Ballot will be used only in the event that no candidate seeking their party's nomination to run for a particular office receives a majority of the votes in the Primary thus forcing a runoff. Instant Runoff Ballots will not be opened if there is no need for a runoff.

For each office on the Instant Runoff Ballot, indicate your order of preference for each candidate whose name is printed on the ballot by filling in the circle in the corresponding column to the right of each candidate. You are not required to indicate a second choice, third choice, and so on. Remember, the more candidates you rank, the more likely your vote will affect the outcome of a potential runoff.

## Example

### U.S. Senate
Rank the candidates in order of preference

| Candidate | 1st Choice | 2nd Choice | 3rd Choice |
|---|---|---|---|
| John Adams | ① | ② | ● |
| Thomas Jefferson | ● | ② | ③ |
| George Washington | ① | ● | ③ |

In the Primary election, no candidate received a majority of the votes and the two candidates that received the most votes were John Adams and George Washington, thus eliminating Thomas Jefferson. Therefore, in this example, even though this voter liked Jefferson the best, Washington would receive the vote because the voter ranked Washington the highest of the runoff candidates.

## Official Ballot

### U.S. House of Representatives District 7
*Rank the candidates in order of preference*

| Candidate | 1st Choice | 2nd Choice | 3rd Choice | 4th Choice | 5th Choice |
|---|---|---|---|---|---|
| Preston Brittain | ① | ② | ③ | ④ | ⑤ |
| Parnell Diggs | ① | ② | ③ | ④ | ⑤ |
| Harry Pavilack | ① | ② | ③ | ④ | ⑤ |
| Gloria Bromell Tinubu | ① | ② | ③ | ④ | ⑤ |
| Ted Vick | ① | ② | ③ | ④ | ⑤ |

**Martella, Amber**

| | |
|---|---|
| **From:** | Crum, Liz |
| **Sent:** | Sunday, May 13, 2012 4:21 PM |
| **To:** | Martella, Amber |
| **Subject:** | FW: Title |



**M. Elizabeth Crum**
Shareholder
lcrum@mcnair.net | 803 753 3240 Direct

**McNair Law Firm, P.A.**
**Columbia Office** 1221 Main Street | Suite 1800 | Columbia, SC 29201
803 799 9800 Main | 803 753 3219 Fax
**Mailing** Post Office Box 11390 | Columbia, SC 29211
**VCard | Bio URL | Web site**

**From:** Andino, Marci [mailto:marci@elections.sc.gov]
**Sent:** Thursday, May 10, 2012 6:00 PM
**To:** Crum, Liz
**Subject:** FW: Title

**From:** Garrett, Jenigh (CRT) [mailto:Jenigh.Garrett@usdoj.gov]
**Sent:** Friday, May 04, 2012 2:43 PM
**To:** Andino, Marci
**Subject:** RE: Title

Hi Marci,

I'm including my signature below.

Thanks,
Jenigh


Jenigh Garrett
Trial Attorney
United States Department of Justice
Civil Rights Division, Voting Section
(202) 305-4777
Jenigh.Garrett@usdoj.gov

**Attachment F**

**From:** Andino, Marci [mailto:marci@elections.sc.gov]
**Sent:** Friday, May 04, 2012 2:28 PM

1

**To:** Garrett, Jenigh (CRT)
**Subject:** Title

What's your official title?


Marci Andino

**South Carolina State Election Commission**
Post Office Box 5987
Columbia, S.C. 29250
Tel: 803 734-9001
Fax: 803 734-9366


scVOTES.org





This message originates from the South Carolina State Election Commission. If you have received this message in error, we would appreciate it if you would immediately notify the South Carolina State Election Commission by sending a reply e-mail to the sender of this message.  Thank you.


No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 9.0.930 / Virus Database: 2410.1.1/4977 - Release Date: 05/04/12 02:40:00

**Crum, Liz**

| | |
|---|---|
| **From:** | Andino, Marci [marci@elections.sc.gov] |
| **Sent:** | Thursday, May 10, 2012 6:36 PM |
| **To:** | Andino, Marci; Barbara Shackleford (bbscherokee@hotmail.com); Bobbie Reaves (bobbiereaves@clarendoncountygov.org); Brenda Rogers (brogers@newberrycounty.net); Connie Moody (conniem@greenwoodsc.gov); Conway Belangia (CBelangia@greenvillecounty.org); Cynthia Holland (cholland@aikencountysc.gov); Darlene Pettit (dpettit@countyofunion.com); David Alford (DAlford@Florenceco.org); Crepes, Dean; Debby Stidham (voterreg@fairfieldsc.com); Debra Bryant; Donna Mahn (dmahn@GeorgetownCountySC.Org); Dorothy J Willis (vr03dwillis@hotmail.com); Earl Moore (emoore@chestervotes.com); Redden, Edith; Eric Campbell (ecampbell@colletoncounty.org); Jaynes, Frances; Henry M. Laye III (HLaye@Spartanburgcounty.org); Howard Jackson (hjackson@orangeburgcounty.org); Hoyt Campbell; Joe Debney (jdebney@charlestoncounty.org); Josh Dickard (jdickard@dorchestercounty.net); Joy Brooks (jbrooks@oconeesc.com); Katy Smith; Kim London (klondon@abbevillecountysc.com); Kristie Richardson (pcooperwcountyelections@yahoo.com); Lillian McBride (MCBRIDEL@rcgov.us); Lois Burr (vrcfield@hotmail.com); Lori Davis (vr35ldavis@hotmail.com); Lynn Fata; M. Lynne West (lwest@co.laurens.sc.us); Mary Ann Hudson (MAHudson@lancastercountysc.net); Naomi DeFrenn (ndefrenn@barnwellsc.com); Pat Jefferson (pjefferson@sumtercountysc.org); Patrick J. Lee (PLee@charlestoncounty.org); Patti Jeffcoat (ppj57@bellsouth.net); Rodney W. Allen; Rosalind Watson (rosalind.watson@kershaw.sc.gov); Sandy Martin (MartinS@HorryCounty.org); Scott Marshall (smarshall@bcgov.net); Shanna Proctor; Jenkins, Shayla; Shirley Black-Oliver; Suffie Jennings (sjennings@mccormickcountysc.org); Susie Edwards (sedwardsvr17@aol.com); Suzanne Turner (elections@bellsouth.net); Teresa Moody (tmoody@marionsc.org); Tricia Butler (tbutler@edgefieldcounty.sc.gov); Wanda Farley (wfarley@berkeleycountysc.gov) |
| **Cc:** | Crum, Liz; Whitmire, Chris |
| **Subject:** | RESPONSE NEEDED IMMEDIATELY |
| | |
| **Importance:** | High |

**Please respond by 2:00 pm on Friday.**

**Somers, et al. v. SEC – US District Court, Columbia**

**Minute Entry. Proceedings held before Honorable Cameron McGowan Currie: granting [17] Motion to Intervene; Status Conference held on 5/10/2012. Plaintiff requests 3 judge panel; Court to request that Chief Judge appoint 3 judge panel. Court sets briefing schedule regarding the Voting Rights Act. Court tentatively sets hearing with 3 Judge panel for Monday, May 14 at 2:00 p.m. Hearing notice to be sent once 3 Judge panel set. (Memorandum by Plaintiff Somers and Intervenor Pettigrew on the standing and merits of the Voting Rights Act claims due by 4 p.m. on 5/11/2012, Response by Defendant South Carolina State Election Commission to Memorandum due by 5/14/2012 at 9 a.m.). Court Reporter Dan Mayo. (ssam, )**

In order to submit the Response Memorandum to the court by 9:00 a.m. on Monday, the following information is needed to provide the court with the level of detail it has requested:

Number of absentee ballots (Congressional District only) were sent to UOCAVA voters PRIOR to April 28th and the method used to send ballots (email/fax/US Mail).

Number of UOCAVA ballots requested/sent after April 28 and the method used to send ballots.

Number of UOCAVA voters who have been sent the complete ballot (Congressional, state, local) and the method used to send ballots.

Number of UOCAVA ballots returned (voted) by UOCAVA voters.

**Attachment G**

**Please respond by 2:00 pm on Friday.**

Thank you for your cooperation.


Marci Andino

**South Carolina State Election Commission**
Post Office Box 5987
Columbia, S.C. 29250
Tel: 803 734-9001
Fax: 803 734-9366


scVOTES.org



This message originates from the South Carolina State Election Commission. If you have received this message in error, we would appreciate it if you would immediately notify the South Carolina State Election Commission by sending a reply e-mail to the sender of this message.  Thank you.



Dem

| Solicitor | David Pascoe | |
|---|---|---|
| Solicitor | Will Rogers | |
| Bobbie Rose | Congress-1st | |
| Brian Ryan Doyle | Congress-3rd | |
| Cason Galther | Congress-3rd | |
| Jimmy Tobias | Congress-4th | |
| Deb Morrow | Congress-4th | |
| Joyce Knott | Congress-5th | |
| James E. Jim Clyburn | Congress-6th | |
| Harry Pavilack | Congress-7th | |
| Parnell Diggs | Congress-7th | |
| Preston Brittain | Congress-7th | |
| Ted Vick | Congress-7th | |
| Gloria Bromell Tinubu | Congress-7th | |



Rep

| | Treasurer | Pickens |
|---|---|---|
| Dale M. Looper | US Congress-1st District | SCGOP |
| Tim Scott | US Congress-2nd District | SCGOP |
| Joe Wilson | US Congress-2nd District | SCGOP |
| Phil Black | US Congress-3rd District | SCGOP |
| Jeff Duncan | US Congress-4th District | SCGOP |
| Trey Gowdy | US Congress-5th District | SCGOP |
| Mick Mulvaney | US Congress-7th District | SCGOP |
| Andre Bauer | US Congress-7th District | SCGOP |
| Chad Prosser | US Congress-7th District | SCGOP |
| Dick Withington | US Congress-7th District | SCGOP |
| Jay Jordan | US Congress-7th District | SCGOP |
| Jim Mader | US Congress-7th District | SCGOP |
| Katherine Jenerette | US Congress-7th District | SCGOP |
| Randal Wallace | US Congress-7th District | SCGOP |
| Renee Culler | US Congress-7th District | SCGOP |
| Tom Rice | | SCGOP |

**Attachment H**

| County | UOCAVA mailed by 4/28 Cong. Only | E-mail | Mail | UOCAVA mailed after 28-Apr | E-mail | Mail | |
|---|---|---|---|---|---|---|---|
| Abbeville | 0 | 0 | 0 | 0 | 0 | 0 | |
| Aiken | 27 | 19 | 8 | 0 | 0 | 0 | |
| Allendale | 0 | 0 | 0 | 0 | 0 | 0 | No primary |
| Anderson | 9 | 9 | 0 | 0 | 0 | 0 | |
| Bamberg | 0 | 0 | 0 | 0 | 0 | 0 | |
| Barnwell | 1 | 0 | 1 | 0 | 0 | 0 | 1 ballot issued before 4/28 - all offices* |
| Beaufort | 0 | 0 | 0 | 0 | 0 | 0 | |
| Berkeley | | | | | | | |
| Calhoun | 0 | 0 | 0 | 0 | 0 | 0 | |
| Charleston | 0 | 0 | 0 | 59 | 45 | 14 | 59 requested after 4/28 -  all offices* |
| Cherokee | 0 | 0 | 0 | 0 | 0 | 0 | |
| Chester | | | | | | | |
| Chesterfield | 3 | 0 | 3 | 0 | 0 | 0 | |
| Clarendon | 0 | 0 | 0 | 0 | 0 | 0 | No primary |
| Colleton | | | | | | | |
| Darlington | 10 | 3 | 7 | 0 | 0 | 0 | |
| Dillon | 6 | 0 | 6 | 0 | 0 | 0 | |
| Dorchester | 0 | 0 | 0 | 21 | 21 | 0 | 21 requested after 4/28 - ballot contained all offices* |
| Edgefield | 0 | 0 | 0 | 1 | 1 | 0 | |
| Fairfield | 0 | 0 | 0 | 0 | 0 | 0 | |
| Florence | 13 | 13 | 0 | 2 | 0 | 2 | 2 - requested after 4/28 |
| Georgetown | 14 | 12 | 2 | 0 | 0 | 0 | |
| Greenville | 14 | 12 | 2 | 57 | 47 | 10 | 2 - requested after 4/28 |
| Greenwood** | 10 | 0 | 10 | 0 | 0 | 0 | |
| Hampton | 0 | 0 | 0 | 0 | 0 | 0 | |
| Horry | 31 | 25 | 6 | 16 | 12 | 4 | 14 of 31 ballots issued before 4/28 - all offices* |
| Jasper | | | | | | | |
| Kershaw | 0 | 0 | 0 | 0 | 0 | 0 | |
| Lancaster** | 4 | 4 | 0 | 0 | 0 | 0 | 4 ballots issued before 4/28 - all offices* |
| Laurens | 1 | 0 | 1 | 0 | 0 | 0 | |
| Lee | 0 | 0 | 0 | 0 | 0 | 0 | |
| Lexington | 34 | 34 | 0 | 34 | 34 | 0 | |
| McCormick | 1 | 1 | 0 | 0 | 0 | 0 | |
| Marion | 2 | 0 | 2 | 1 | 0 | 1 | |
| Marlboro | 1 | 0 | 1 | 0 | 0 | 0 | |
| Newberry | 1 | 1 | 0 | 0 | 0 | 0 | |
| Oconee | 2 | 2 | 0 | 14 | 14 | 0 | 2 ballots issued before 4/28 - all offices* |
| Orangeburg | 6 | | | 0 | 0 | 0 | |
| Pickens | 5 | 3 | 2 | 16 | 16 | 0 | Ballots contained all offices* |
| Richland | 29 | 29 | 0 | 10 | 0 | 10 | |
| Saluda | 1 | 1 | 0 | 0 | 0 | 0 | |
| Spartanburg | 4 | 3 | 1 | 0 | 0 | 0 | |
| Sumter | 0 | 0 | 0 | 0 | 0 | 0 | |
| Union | 0 | 0 | 0 | 0 | 0 | 0 | |
| Williamsburg | 0 | 0 | 0 | 0 | 0 | 0 | |
| York | 0 | 0 | 0 | 8 | 4 | 4 | |
| **Totals** | 229 | 171 | 52 | 239 | 194 | 45 | |

**Attachment I**

* Ballots contained all offices for the primary that the voter was entitled to cast a ballot

** Complete ballot mailed before 4/28