

**U.S. Department of Justice**

Civil Rights Division

TCH:RSB:JR:LSQ:tst
DJ 166-012-3
2011-2515

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC  20530*

August 22, 2011

T. Parkin Hunter, Esq.
Assistant Attorney General
P.O. Box 11549
Columbia, South Carolina  29211-1549

Dear Mr. Hunter:

    This refers to Act R58 (A43, S404) (2011), which extends the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) rules to all local, state, and federal elections; permits fax and email transmissions of ballots and voting forms to UOCAVA-eligible voters; exempts UOCAVA-eligible voters from witness requirements; and provides that certain voters are eligible to vote absentee, regardless of absence from their county of residence on election day, for the State of South Carolina, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act of 1965, 42 U.S.C. 1973c.  We received your submission on July 6, 2011.

    The Attorney General does not interpose any objection to the specified changes.  However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes.  In addition, as authorized by Section 5, we reserve the right to reexamine this submission if additional information that would otherwise require an objection comes to our attention during the remainder of the sixty-day review period.  Procedures for the Administration of Section 5 of the Voting Rights Act of 1965, 28 C.F.R. 51.41 and 51.43.

Sincerely,

T. Christian Herren, Jr.
Chief, Voting Section

S.C. Attorney General's Office
Civil Division

AUG 2 6 2011

Received by
Reviewed by/Date
Referred to/Date
Notes: